# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2019 ND 270

Melissa Rae Wolf n/k/a Melissa Rae Anderson,  Plaintiff and Appellee

v.

Levi Norman Wolf,  Defendant and Appellant

and

State of North Dakota,  Statutory Real Party in Interest

## No. 20190166

Appeal from the District Court of Stark County, Southwest Judicial District, the Honorable Gary H. Lee, Judge.

AFFIRMED.

Per Curiam.

Jennifer Stanley, Minot, N.D., for plaintiff and appellee; submitted on brief.

Haylee Cripe, Dickinson, N.D., for defendant and appellant; submitted on brief.

# Wolf v. Wolf, et al.
## No. 20190166

**Per Curiam.**

[¶1]   Levi Wolf appeals the district court's modification of the allocation of parenting time for the parties' child.  Wolf contends that the court erred in finding there was a material change of circumstances and finding the modification of parenting time was in the best interest of the child.  Wolf also contends that the court abused its discretion by denying his motion for continuance.

[¶2]   We summarily affirm the district court's judgment under N.D.R.App.P. 35.1(a)(4), concluding the court did not abuse its discretion in proceeding with the evidentiary hearing after denying Wolf's second request to continue the scheduled hearing date. We summarily affirm the finding there was a material change in circumstances and modification of parenting time pursuant to 35.1(a)(2), concluding there is evidence in the record to support the court's findings and we are not left with a definite and firm conviction a mistake has been made.

[¶3]   Gerald W. VandeWalle, C.J.
       Jon J. Jensen
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte